JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-104-TL |
| Plaintiff, | ) | |
| vs. | ) | ~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| KISEAN COLEMAN, | ) | |
| Defendant. | ) | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from July 27, 2023, to August 2, 2023.

DONE this 26th day of July 2023.

Tana Lin
United States District Judge

Presented by:

s/ *Gregory T. Murphy*
Assistant Federal Public Defender
Attorney for Kisean Coleman

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Coleman*, CR23-104-TL)