UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KISEAN COLEMAN,<br><br>　　　　　　　　Defendant. | CASE NO. CR23-104-TL<br><br>**ORDER GRANTING NEW COUNSEL AND SEALING DOCUMENT** |

The Court GRANTS the motion to withdraw, Dkt. 118, and ORDERS:

1. Thomas Coe is permitted to withdraw as defense counsel.

2. The motion to seal document, Dkt. 119, is granted.

3. Appointment of new counsel is granted, and the Clerk shall contact the Criminal Justice Administrator to facilitate appointment of new counsel.

4. The Clerk shall provide a copy of this order to Defendant.

DATED this 17th day of July, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING NEW COUNSEL AND
SEALING DOCUMENT - 1